**Order entered August 18, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00645-CV

**ALVESTER COLEMAN, Appellant**

**V.**

**PETRO-HUNT LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13807**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Before the Court are appellant's August 9, 2021 amended docketing statement and request for mediation and appellee's response. We **DENY** the request for mediation.

/s/ ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE